THE HONORABLE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>             Petitioner,<br><br>v.<br><br>REED HOLTGEERTS,<br><br>             Respondent. | NO. C09-1519-RAJ-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION TO SUBSTITUTE RESPONDENT<br>(~~Proposed~~) |

The Court, having considered the Respondent's Motion to Substitute Respondent, any response thereto, and the records and files herein, does hereby find and ORDER:

1. Respondent's Motion to Substitute Respondent is GRANTED. Doug Waddington is substituted for Reed Holtgeerts as the Respondent in this action.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and counsel for the Respondent.

DATED this <u>4th</u> day of February , 2010.

<u>s/ Mary AliceTheiler</u>
United States Magistrate Judge

Presented by:

ROBERT M. MCKENNA
Attorney General
<u>s/ John J. Samson</u>
JOHN J. SAMSON, AAG, WSBA # 22187

ORDER GRANTING RESPONDENT'S
MOTION TO SUBSTITUTE
RESPONDENT
NO. C09-1519-RAJ-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445