01

02

03

04

05                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
06                                   AT SEATTLE

07   ROBERT J. LUMPKIN,                    )   CASE NO. C09-1519-RAJ
                                           )
08            Petitioner,                  )
                                           )
09       v.                                )   ORDER DENYING PETITIONER'S
                                           )   HABEAS PETITION WITH
10   DOUG WADDINGTON, et al.,              )   PREJUDICE
                                           )
11            Respondents.                 )
     _____ )
12
             The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's
13
     answer thereto, the Report and Recommendation of Mary Alice Theiler, United States
14
     Magistrate Judge, and the remaining record, does hereby find and Order:
15
             (1)     The Court adopts the Report and Recommendation (Dkt. # 22);
16
             (2)     The habeas petition and this action are DISMISSED, without prejudice; and
17
             (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for
18
                     respondent, and to Judge Theiler.
19
             DATED this 10th day of May, 2010.
20
                                                   _____
21
                                                   The Honorable Richard A. Jones
22                                                 United States District Judge

     ORDER DENYING PETITIONER'S
     HABEAS PETITION WITH PREJUDICE
     PAGE -1